JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Holyoke    **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   22-mj-3027to3030,3132-KAR
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Daniel A. Augusto, Jr.    Juvenile: ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) Robert Drive, Holyoke MA

Birth date (Yr only): 1966   SSN (last4#): 8542   Sex: M   Race: White   Nationality: USA

**Defense Counsel if known:** Peter Slepchuk    Address: 155 Maple Street, Suite 405

**Bar Number:** _____    Springfield, MA 01105

**U.S. Attorney Information:**

**AUSA** Steven H. Breslow    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** 08/05/2022

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8-04-22    Signature of AUSA: _(signature)_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

|  | Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 922(o) and 2. | Illegal Possession of Machineguns | 1 |
| Set 2 | 26 U.S.C. § 5861(d) | Unlawful Possession Of Unregistered Weapons | 2-7 |
| Set 3 | 18 U.S.C. § 1001(a)(2) | False Statements | 8 |
| Set 4 | 18 U.S.C. § 924(d)(1) | Forfeiture Allegations | - |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____