AUG 5 '22 AM9:07 USDC MA

UNITED STATES DISTRICT COURT   FILED IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 22-CR-300 25 -MGM |
| | ) | |
| v. | ) | FILED UNDER SEAL |
| | ) | |
| DANIEL A. AUGUSTO, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its undersigned attorneys (the "Government") respectfully moves this Court to unseal the Indictment, Arrest Warrant and all related orders and paperwork.

In support of this motion, the Government states that the defendant has been arrested.

The Government further moves pursuant to General Order 06-05 that the Government, through undersigned counsel, be provided copies of all sealed documents which the Government has filed in this matter.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

STEVEN BRESLOW  Digitally signed by STEVEN BRESLOW
Date: 2022.08.05 08:57:23 -04'00'

By:    *Steven H. Breslow*
STEVEN H . BRESLOW
Assistant U.S. Attorney
(413) 785-0330
steve.breslow@usdoj.gov

Dated: August 5, 2022